**STATE of Missouri, Respondent,**

v.

**Larry D. FOSTER, Appellant.**

**No. WD 41993.**

Missouri Court of Appeals,
Western District.

Feb. 26, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1991.

Application to Transfer Denied
May 3, 1991.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., Barbara J. Wood, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

## ORDER

PER CURIAM:

Appeal from a conviction by a jury of stealing and subsequent denial of Rule 29.-

15 motion for postconviction relief after an evidentiary hearing.

Direct appeal from conviction is dismissed and denial of Rule 29.15 motion for postconviction relief is affirmed. Rules 84.16(b) and 30.25(b).